# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**September 14, 2011**

| | | |
|---|---|---|
| 29165 | Garner v. State | Affirmed |
| 29721 | Sigafuss v. State | Affirmed |

**September 16, 2011**

| | | |
|---|---|---|
| 29980 | State v. Bruner | Affirmed |

**September 19, 2011**

| | | |
|---|---|---|
| 30502 | State v. Lealao | Affirmed |

**September 20, 2011**

| | | |
|---|---|---|
| 29374 | Serrano v. State | Affirmed |
| CAAP–10–00 00121 | State v. Brewer | Affirmed |

**September 21, 2011**

| | | |
|---|---|---|
| CAAP–10–00 00060 | Decaires v. State | Affirmed |
| 30543 | State v. Buechler | Affirmed |